No. 730. DILATUSH *v.* WILSON, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Daniel L. O'Connor* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Leonard* and *Melvin Richter* for respondents.

No. 732. GRAHAM *v.* UNITED STATES. Court of Claims. Certiorari denied. *Mathew O. Tobriner, Irving S. Rosenblatt, Jr.* and *Victor E. Cappa* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 746. LEVADI *v.* UNITED STATES. Court of Claims. Certiorari denied. *Mayer Goldberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 755. DRATH, TRADING AS BROADWAY GIFT CO., *v.* FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* and *Warren W. Grimes* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 756. GRAUERT ET AL. *v.* DULLES, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George Eric Rosden* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.